

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2017

No. 04-16-00822-CR

Kenon **MCDONALD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0794
Honorable Melisa Skinner, Judge Presiding

# **O R D E R**

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The pro se brief is due on January 11, 2018. **Requests for further extension of time will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2017.

_____
Keith E. Hottle
Clerk of Court